

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-96,370-01

### EX PARTE LAMONTE DONNELL WARREN, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1027761-A IN THE 182ND DISTRICT COURT FROM HARRIS COUNTY

*Per curiam*.

### O P I N I O N

Applicant pleaded guilty, was convicted of possession of a controlled substance, and sentenced to three years' imprisonment in this cause. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he was denied due process because he was not aware of a lab report showing that he possessed less than the required amount of controlled substance to sustain the charge. The trial court finds that Applicant is entitled to relief.

We agree. Relief is granted. *Ex parte Mable*, 443 S.W.3d 129 (Tex. Crim. App. 2014), *Brady v. United States*, 397 U.S. 742 (1970). The judgment in cause number 1027761 in the 182nd District Court of Harris County is set aside, and Applicant is remanded to the custody of the Sheriff

of Harris County to answer the charge as set out in the indictment. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: June 11, 2025
Do not publish